THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:22-cr-00089-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALEJANDRO REYES-CRUZ, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's "Motion for Sentencing Reduction" [Doc. 23] and the Defendant's letter[1] [Doc. 24], which the Court construes as a motion for the appointment of counsel to assist him in seeking relief under Amendment 821 to the Sentencing Guidelines.

In November 2023, the Defendant filed a motion for a reduction of his sentence pursuant to Amendments 782 and 821 to the United States Sentencing Guidelines. [Doc. 19]. He further moved for the appointment of counsel. [Doc. 20]. The Court denied both motions on January 16, 2024. [Doc. 21; Text-Only Order entered Jan. 16, 2024]. The Defendant now renews his requests, asserting the same grounds. [Docs. 23, 24].

---

[1] The Defendant is admonished that, going forward, he cannot seek relief through the filing of letters; only motions will be ruled on by the Court.

For the reasons stated in the Court's prior Order [Doc. 21], the Defendant's request for a sentence reduction under Amendment 782 and/or Amendment 821 is without merit and is denied. As the Defendant is not entitled to relief under Amendment 821, his request for the appointment of counsel is also denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Sentencing Reduction" [Doc. 23] and the Defendant's letter [Doc. 24], which the Court construes as a motion for the appointment of counsel, are both **DENIED**.

**IT IS SO ORDERED.**

Signed: April 1, 2024

Martin Reidinger
Chief United States District Judge